October 09, 2015

**Office of the Clerk**
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 14 2015

CHRISTOPHER A. PRINE
CLERK

Attn:   Mr. Rodriguez, Deputy Clerk

Re:   Estimate for Reproduction of Reporter's Record and Clerk's Record in *Ware v. State*, 01-13-00546-CR.

Dear Mr. Rodriguez:

I am requesting a reproduction estimate for the Reporter's Record and Clerk's Record in *Ware v. State*, case No. 01-13-000545-CR, which was affirmed by the First Court of Appeals on October 02, 2014. Please mail me the estimate to my address listed below or email it to me at texaswritworks@aol.com. If you have any questions, please do not hesitate to contact me at (832) 794-3787.

Thank you for your kind attention to this matter.

Sincerely,

David C. Bolton, Certified Paralegal
6804 E Hwy 6 South #525
Houston, Texas 77083

Cc:   File

**Texas Writ Works**
6604 Fairway 6 South
Houston, Texas 77083

NORTH HOUSTON TX 773

13 OCT 2015 PM 3 L

Office of the Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

770022066699

RECEIVED
FIRST COURT OF APPEALS

OCT 14 2015

